CAMPBELL and Another *v.* HAYS.—On appeal.

A note is *prima facie* evidence of settlement between the parties at the time of its date, and, in a suit on a note, the payee should not have judgment on his set-off, the items of which accrued before the date of the note, without evidence adduced to remove the presumption of settlement.

DEBT by the appellants against the appellee upon a note executed by *Hays* in favor of *Campbell,* in the lifetime of the latter, to-wit, on the 12th of *September,* 1846, for the payment of 100 dollars one day after date. The declaration also contains the common counts for money had and received on account stated, &c. Pleas; the general issue and payment, with notice of set-off.

There was a trial by a jury, and a judgment in favor of the defendant for 77 dollars and 23 cents.

We think this judgment was not warranted by the evidence.

The note described in the declaration, and produced upon the trial, was *prima facie* evidence of its settlement at the time of its date, and the only claim distinctly proved, which could properly constitute a set-off in favor of the defendant, was one for boarding said *Campbell* about one year, which the witness stated to be worth

about 100 dollars.   There being no evidence to remove the presumption of settlement, the jury should not have estimated any claims of the defendant which accrued before the date of the note.